HOWARD RIDALL, Respondent, *v.* ARCHIBALD COURSON, Appellant.

(Argued November 22, 1929; decided December 6, 1929.)

*Harold E. Simpson* for appellant.

*Riley H. Heath* for respondent.

Appeal dismissed, with costs, on the authority of *Nod-Away Co.* v. *Carroll* (240 N. Y. 252); no opinion.

Concur: POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.   Not sitting: CARDOZO, Ch. J.